No. 24,301.

JAMES H. ELLIOTT, *Appellant,* v. J. D. WATTS and GERTRUDE WATTS,
*Appellees.*

SYLLABUS BY THE COURT.

1. PROMISSORY NOTE—*Finding of Payment—Finding Conclusive.* There being
evidence fairly tending to support the finding of the jury that a promissory
note on which the action was brought had been paid, that finding is con-
clusive upon the question in this court.

Appeal from Cherokee district court; FRANK W. BOSS, judge. Opinion
filed March 10, 1923. Affirmed.

*Al F. Williams, Don H. Elleman,* and *C. B. Skidmore,* all of Columbus,
for the appellant.

*C. A. McNeill, Charles Stephens,* and *F. E. Dresia,* all of Columbus, for
the appellees.

The opinion of the court was delivered by

JOHNSTON, C. J.:   The plaintiff brought this action against the
defendants to recover $948.86 upon a promissory note which de-
fendants had executed.  The defendants pleaded that the note had
been paid, and their defense was sustained by the verdict of the
jury.  Plaintiff appeals.

The only question presented on the appeal is that the evidence
does not warrant the verdict that was rendered.  There was evi-
dence tending to support the finding and there was a strong con-
trary showing made by the plaintiff.  It would serve no good pur-
pose to set forth the evidence at large, which is included in the
record.  It is enough to say that it has been carefully examined,
and while there are some inconsistencies in that of the defendants,
who prevailed, it must be held that the matter of payment was a
fair question for the determination of the jury.  In that state of
the record the finding is conclusive on this court and, therefore,
the judgment is affirmed.